**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07-21 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| NAKIA LASHAWN HARRIS, | |
| Defendant. | |

---

Tracy L. Perzel, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

Robert W. Owens, Jr., **OLIVE TABER & OWENS**, 5270 West Eighty Fourth Street, Suite 300, Bloomington, Minnesota 55437, for defendant.

Based upon the Report and Recommendation of United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Suppression of Evidence Obtained from the Search of the Defendant's vehicle and backpack [Docket No. 35] is denied.

2. Defendant's Motion for Suppression of Evidence Obtained from the Search of his residence [Docket No. 35] is denied, without prejudice.

3. Defendant's Motion for Suppression of Statements [Docket No. 36] is denied, without prejudice.

DATED:  May 11, 2007  
at Minneapolis, Minnesota.

        s/John R. Tunheim      
        JOHN R. TUNHEIM  
        United States District Judge