# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

UNITED STATES OF AMERICA,

                Plaintiff,

v.

NAKIA LASHAWN HARRIS,

                Defendant.

Criminal No. 07-021 (JRT/RLE)
Civil No. 09-3710 (JRT)

**ORDER**

___

Tracy Perzel, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Nakia Harris, #13178-041, USP- Leavenworth, Post Office Box 1000, Leavenworth, KS 66048, *pro se* defendant.

Defendant has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 [Docket No. 107]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by January 19, 2010.

DATED: December 29, 2009
at Minneapolis, Minnesota.

                                              ___ s/ John R. Tunheim_____
                                              JOHN R. TUNHEIM
                                            United States District Judge